■ JAMES M. DOHERTY, Respondent, v COUNTY OF WESTCHESTER, Appellant. [631 NYS2d 522] —Appeal by the defendant from an order of the Supreme Court, Westchester County (Nicolai, J.), entered June 3, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.